**Opinion filed January 29, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00319-CR

_____

## ADRIAN VILLA, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-35,566**

### M E M O R A N D U M   O P I N I O N

The trial court convicted Adrian Villa, upon his plea of guilty, of the offense of violation of a protective order and assessed his punishment at confinement for two years and a $750 fine. Pursuant to the plea bargain agreement, the trial court suspended the imposition of the confinement portion of the sentence and placed appellant on community supervision for two years. We dismiss.

The record before this court reflects that appellant waived his right to appeal and that there are no pretrial motions raising jurisdictional issues ruled upon by the trial court. On December 2, 2009, the clerk of this court wrote the parties advising them that it appeared appellant may have

waived his right to appeal and directing appellant to respond in writing on or before December 17, 2009, showing grounds for continuing the appeal. There has been no response to our December 2 letter.

Therefore, the appeal is dismissed.

PER CURIAM

January 29, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.